|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| RAY H. OLYAIE, | ) | CASE NO. C 01-04916 PJH |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| | ) | |
| GENERAL ELECTRIC CAPITAL BUSINESS ASSET FUNDING CORPORATION, and Does 1 through 100, inclusive, | ) ) ) ) | Courtroom 3, 17th Floor Honorable Phyllis J. Hamilton, Judge |
| | ) | |
| Defendants. | ) | |

Upon consideration of the Stipulation for Dismissal, THE COURT ORDERS AS FOLLOWS:

1. The claims of Ray H. Olyaie against General Electric Capital Business Asset Funding Corporation are hereby dismissed, with prejudice.

2. Each party shall bear its own attorneys' fees and costs.

DATED: This __16th__ day of __August__, 2007.

BY THE COURT:

_____
United States District [Judge]

*IT IS SO ORDERED*
/s/ Phyllis J. Hamilton
Judge Phyllis J. Hamilton

4846-2730-3169.1